O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE SCHULZ GRAVES,<br><br>               Plaintiff,<br><br>      v.<br><br>CAROLYN W. COLVIN,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>               Defendant. | Case No. LA CV 15-5631 VAP (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Complaint, the Joint Stipulation, the Magistrate Judge's Report and Recommendation, and the remaining record. Neither party has filed objections to the Report and Recommendation.

//
//
//
//
//
//

1

1  Accordingly, IT IS ORDERED THAT:
2  1. The Report and Recommendation is approved and accepted;
3  2. The decision of the Commissioner denying benefits is reversed, and the
4  matter is remanded for further administrative action; and
5  3. The Clerk serve copies of this Order on the parties.

10  DATED:  May 9, 2016

11  HON. VIRGINIA A. PHILLIPS
    UNITED STATES DISTRICT JUDGE