JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE SCHULZ GRAVES,<br>   Plaintiff,<br>  v.<br>CAROLYN W. COLVIN,<br>COMMISSIONER OF SOCIAL SECURITY,<br>   Defendant. | Case No. LA CV 15-5631 VAP (JCG)<br><br>**JUDGMENT** |

  IT IS ADJUDGED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter is **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative action this action.

DATED:  May 9, 2016     _____

                HON. VIRGINIA A. PHILLIPS
                UNITED STATES DISTRICT JUDGE