Erika Bailey Drake (SBN 248034)
edrake@drakeanddrake.com
Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
23679 Calabasas Road, Suite 403
Calabasas, California  91302
Telephone:  818.438.1332
Facsimile:  818.854.6899
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE SCHULTZ GRAVES,<br><br>     Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting, Commissioner of Social Security,<br><br>     Defendant. | CASE NO.: 2:15-cv-05631-JCG<br><br>ORDER AWARDING<br>EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND ONE HUNDRED DOLLARS AND 00/100 ($3,100.00) and costs in the amount of FOUR HUNDRED DOLLARS ($400.00) subject to the terms of the stipulation.

DATED: July 05, 2016          _____
                              HONORABLE JAY C. GANDHI
                              UNITED STATES MAGISTRATE JUDGE